**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant COUNTY OF BUTTE

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENIFER ALPERN, | CASE NO.: 2:09-cv-01500-JAM-CMK |
| Plaintiff, | **STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION TO AMEND COMPLAINT; AMENDMENT OF SCHEDULING ORDER** |
| vs. | |
| COUNTY OF BUTTE, | |
| Defendant. | |

Now pending before the court is the Motion to Amend the Complaint filed by Plaintiff JENIFER ALPERN. The parties have met and conferred regarding this matter and, contingent upon the Court's approval of this Stipulation and Order, Defendant COUNTY OF BUTTE will waive its right to oppose Plaintiff's Motion to Amend her Complaint.

It is hereby stipulated and agreed by and between the parties:

1. Plaintiff shall be granted leave to file her amended complaint;

2. The proposed Amended Complaint that Plaintiff filed in conjunction with her Motion to Compel shall become the First Amended Complaint and shall be deemed filed on the date that the Court approves this Stipulation and Order.

3. Defendant shall have fourteen (14) days from the date of this Order to file a responsive pleading to the Amended Complaint.

///

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**STIPULATION AND [PROPOSED] ORDER**

00779523.WPD

In light of the foregoing, the parties further stipulate that the Pretrial Scheduling Order be modified, as follows:

| | |
|---|---|
| Last day to disclose expert witnesses limited to FMLA claim: | June 4, 2010 |
| Last day to complete additional discovery limited to the FMLA claim  (with all other discovery closed April 28, 2010): | June 18, 2010 |
| Last day parties file dispositive motions: | July 2, 2010 |
| Hearing on dispositive motions on all issues: | August 4, 2010 |
| Last day to file joint pretrial statement: | September 10, 2010 |
| Final Pre-Trial Conference: | September 17, 2010 |
| Trial: | October 25, 2010 |

The final pretrial conference is reset for **September 17, 2010, at 2:00 p.m.** Jury Trial will begin at **9:00 a.m. on October 25, 2010.**

IT IS FURTHER STIPULATED and AGREED between the parties that all other provisions of the Pre-Trial Scheduling Order of August 3, 2009, shall remain in effect.  This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

                                        Respectfully submitted.

Dated: April 21, 2010              PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                                        By   /s/ Terence J. Cassidy
                                              Terence J. Cassidy
                                              Kristina M. Hall
                                              Attorneys for Defendant
                                              COUNTY OF BUTTE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**STIPULATION AND [PROPOSED] ORDER**
00779523.WPD

|   |   |
|---|---|
| | LAW OFFICE OF ALAN ADELMAN |
| Dated: April 21, 2010 | By  /s/ Alan Adelman (as auth'd 4/21/10) |
| | Alan Adelman |
| | Attorney for Plaintiff |
| | JENIFER ALPERN |

### ORDER

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff JENIFER ALPERN may amend her complaint and the proposed amended Complaint that was filed with Plaintiff's Motion to Amend her Complaint shall be accepted and deemed filed as the First Amended Complaint on the date of this Order.

IT IS FURTHER ORDERED that the hearing currently set on May 5, 2010, pertaining to Plaintiff's motion to amend her Complaint be taken off calendar.

IT IS FURTHER ORDERED that Defendant COUNTY OF BUTTE shall have fourteen (14) days from the date of this Order to file a responsive pleading to Plaintiff's First Amended Complaint.

IT IS FURTHER ORDERED that the Pre-Trial Scheduling Order of August 3, 2009, be modified with the new schedule as set forth above.

IT IS SO ORDERED.

DATED: April 22, 2010

/s/ John A. Mendez

United States District Judge

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3
STIPULATION AND [PROPOSED] ORDER
00779523.WPD